JUDGE MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CESAR SOLORZANO-ESTRADA,<br><br>Defendant. | NO. CR05-0361RSM<br><br>ORDER TO EXTEND TIME TO FILE INDICTMENT |

The Court, having reviewed the stipulation of the parties and the defendant's agreement to extend the time for an indictment, finds as follows according to the stipulated facts:

1. A failure to grant the continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

2. The parties believe that an extension of time in which to indict may result in a resolution of the case without an indictment and without trial. The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation, and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18

ORDER TO EXTEND
TIME TO FILE INDICTMENT
(Cesar Solorzano-Estrada; CR05-0361RSM)           1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100

1  U.S.C. § 3161(h)(8)(A).

2  IT IS THEREFORE HEREBY ORDERED that the time within which an

3  indictment in this case must be filed against the defendant shall be extended from

4  October 28, 2005, to November 28, 2005.

5  IT IS FURTHER ORDERED that the period of delay from October 28, 2005, to

6  November 28, 2005, is excludable time pursuant to the Speedy Trial Act, 18, U.S.C. §§

7  3161 *et seq.*

8  DONE this __25__ day of October, 2005.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Peter Avenia
WSBA # 20794
Assistant Federal Public Defender
Attorney for Cesar Solorzano-Estrada
Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Phone: (206) 553-1100
Fax:    (206) 553-0120
peter_avenia@fd.org


s/ Annette Hayes
Assistant United States Attorney
*Telephonic Approval*

ORDER TO EXTEND
TIME TO FILE INDICTMENT
(Cesar Solorzano-Estrada; CR05-0361RSM)       2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100